

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

FILED

JUN 3 0 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 23-mj- 3069 |
| | ) | |
| Adam Power | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 2022 to March 2023 _____ in the

___ Central ___ District of ___ Illinois _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 2251(a) | Sexual Exploitation of Children |
| 18 U.S.C. 2252A | Distribution, Receipt and Possesion of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

s/ Michael F. Mitchell

_____
*Complainant's signature*

Michael F. Mitchell, Special Agent
_____
*Printed name and title*

Sworn to before me ~~and signed in my presence.~~ by telephone.

Date: June 30, 2023 at 8:09 am

City and state: Springfield, Illinois

s/ Karen L. McNaught
_____
*Judge's signature*

Karen L. McNaught, United States Magistrate Judge
_____
*Printed name and title*

SEALED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Case No. 23-mj-3069 |
| U.S. v. Adam Power | **FILED UNDER SEAL** |

### AFFIDAVIT

I, Michael F. Mitchell, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent (SA), with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), assigned to the Resident Agent in Charge in Springfield, Illinois. I have been employed as a Special Agent for over twenty years. As part of my daily duties as an ICE agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, computer forensics and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of hundreds of search warrants, of which over half involved child exploitation and/or child pornography offenses.

## PURPOSE OF THIS AFFIDAVIT

2.      This affidavit is made in support of a criminal complaint to arrest, Adam L. POWER, DOB: 11/16/1993, 515 S. 8th Street, Petersburg, Illinois 62675 for violations of 18 U.S.C. § 2251(a), sexual exploitation of children, which makes it a crime to use, persuade, induce, entice, or coerce any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any territory or possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting any visual depiction of such conduct, if such a person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; and for violations of 18 U.S.C. § 2252A, distribution, receipt, and possession of child pornography.

3.      The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; my review of

2

documents and computer records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.

## BACKGROUND ON SNAPCHAT

4.      Snapchat is a visual messaging application made by Snap Inc. and it is available as a mobile and web application; the mobile app is available through the iPhone App Store and Google Play Store, while the web application can be accessed at web.snapchat.com[1]. The application provides a way to share moments with photos, videos, and text. Snapchat's differentiating feature from other communications applications is that a sender is able to set a variable amount of time during which the message is viewable by the receiver. This time can be between one and ten seconds. At the expiration of time, the message is deleted from Snapchat's servers. Similarly, the message disappears from the user's devices. If the receiver of a Snapchat message does not access the application on their device the message remains undelivered. Snap's services are designed to store unopened snaps for 30 days. After 30 days the messages

---

[1] The source for the information listed in Paragraphs 4 through 8 is Snap Inc.'s Law Enforcement Guide (last updated November 1, 2022), *available at* https://storage.googleapis.com/snap-inc/privacy/lawenforcement.pdf.

are deleted from Snap's servers.

5.    Snapchat users have the following abilities:

a.    Snaps: photos or videos taken using his or her phone's camera (or the Snapchat app's camera), which may be shared directly with the user's friends, or in a Story (explained below), or Chat. Snaps can also be sent from the saved pictures/videos in the gallery of the device. Unless the sender or recipient opts to save the photo or video, the message will be deleted from their devices (after the content is sent in the case of the sender and after it is opened in the case of the recipient). Users are able to save a photo or video they've taken locally to their device or to Memories, which is Snapchat's cloud-storage service.

b.    Stories: A user can add photos or videos (Snaps) to their "Story." A Story is a collection of Snaps (*i.e.*, photos or videos) displayed in chronological order. Users can manage their privacy settings so that their Story can be viewed by all Snapchatters, their friends, or a custom audience. A user can also submit their Snaps to Snap's crowd-sourced service "Our Story," which enables their Snaps to be viewed by all Snapchatters in search and Snap Map. Snap's servers are designed to automatically delete a Snap in a user's Story 24 hours after the user posts the Snap, but the user may delete part or all of the Story earlier. Submissions to Our Story may be saved for longer periods of time.

c.    Memories:  Snapchat's cloud-storage service. Users can save their sent or unsent Snaps, posted Stories, and photos and videos from their phone's photo gallery in Memories. Content saved in Memories is backed up by Snap and may remain in Memories until deleted by the user. Users may encrypt

their content in Memories (called "My Eyes Only"), in which case content is not accessible to Snap and cannot be decrypted by Snap.

d.     Chat: A user can also type messages, send photos (Snaps), audio notes, and video notes to friends within the Snapchat app using the Chat feature. Snap's servers are designed to automatically delete one-to-one chats once the recipient has opened the message and both the sender and recipient have left the chat screen, depending on the user's chat settings. Within the Snapchat app itself, a user can opt to save part of the Chat by tapping on the message that they want to keep. The user can clear the message by tapping it again. This will result in it being deleted from Snap's services. Users can also delete chats that they have sent to a recipient before the recipient has opened the chat or after the recipient has saved the chat. Users can also chat in groups. Chats sent in groups are deleted after 24 hours whether they are opened or not.

e.     Location Data: If a user has device-level location services turned on and has opted into location services on Snapchat, Snap will collect location data at various points during the user's use of Snapchat, and retention periods for location data vary depending on the purpose of the collection. Users have some control over the deletion of their location data in the app settings.

6.     Information that Snapchat possesses and maintains:

a.     Personally Identifying Information: When a user creates an account they make a unique Snapchat username. This is the name visible to other Snapchat users. A user also enters a date of birth. This is supposed to prevent anyone under the age of 13 from using Snapchat. An email address is

5

required to register a Snapchat account. A new user also has to provide a mobile phone number. This phone number is verified during the registration process. Snapchat sends an activation code that must be entered before proceeding with the registration step. However, a user may elect to bypass entering a phone number so one may not always be present in the user's account. Snapchat also retains the account creation date.

        b.      Usage Information: While a Snapchat message may disappear, the record of who sent it and when still exists. Snapchat records and retains log files and information that is roughly analogous to the call detail records maintained by telecommunications companies. This includes the date, time, sender, and recipient of a snap. Additionally, Snapchat stores the number of messages exchanged, which users they communicate with the most, message status including if and when the message was opened, and whether the receiver used the native screen capture function of their device to take a picture of the snap before it disappeared.

        c.      Device Information: Snapchat stores device information such as the model, operating system, operating system version, mobile device phone number, and mobile network information of devices used in conjunction with the service. They also collect unique device identifiers such as the Media Access Control (MAC) address and the International Mobile Equipment Identifier (IMEI) or Mobile Equipment Identifier (MEID) of devices used to access Snapchat.

        d.      Device Phonebook and Photos: If a user consents, Snapchat can access from their device's electronic phonebook or contacts list and images.

e.    Location Data: May be available for a Snapchat user who has turned on location services on their device and opted into location services in the app settings.

f.    Message Content: Because Snap's servers are designed to automatically delete most user content, and because much of a user's content is encrypted, Snap often cannot retrieve user content except in very limited circumstances. For example, Memories content may be available until deleted by a user.

7.    According    to    Snapchat's    customer    support    site (https://support.snapchat.com/), "Snapchat opens right to the Camera, so it's always easy to capture what's happening in the moment! Just tap the Capture button take a photo Snap, or press-and-hold it to record a video Snap." In terms of editing the photo, Snapchat states, "After you take a Snap, you'll see all kinds of creative tools.  The Doodle tool lets you draw all over your Snap!. .. Tap the timer icon to decide how long your friends can view your Snap ... Remember though: they can always save your Snap by taking a screenshot."

8.    In terms of storage, Snapchat states, "After you take a Snap, tap (pictured) icon to save it to Memories-a personal collection of Snaps and Stories you save, backed up by Snapchat ... Back Up Using Mobile Data: When enabled, Memories will back up the Snaps and Stories you save using mobile data. By default, Memories only backs up over Wi-Fi ... You have the option to choose what happens to your Snap after you tap the save icon. If you want a backed-up copy of Snap for safe-keeping, you can save to Memories. If you want to keep a

copy on your phone, you can save to your Camera Roll. Or, if you want to double-down you can choose both."

## PROBABLE CAUSE

9.      In December 2022, the Athens Police Department (APD) received CyberTips reports from the National Center for Missing and Exploited Children (NCMEC) which were reporting incidents involving the exchange of images and videos that contained child pornography through the use of Snapchat. In all there were thirteen (13) child pornography Cyber Tips connected to thirteen (13) different Snapchat accounts, #126713021 (allylong2006), #126772250 (allylong23), #127310172 (annaclairemay22), #128341848 (belladances24), #128885705 (maggz026), #130044019 (jaceeweiss2), #131676897 (annahead2), #135189124 (allylong2306), #135326262 (maddiespringer3), #135623554 (maggiezoomer26), #135920692 (singlesisters22), #136379811(mollyturner_16), and #137234635 (maggie.odell26), that were linked to one specific IP address, 108.220.160.223.

10.     A search of the IP address, 108.220.160.223, linked to the Snapchat accounts in the CyberTips showed that it was registered to AT&T U-Verse. Detective Hopps, APD, obtained a state search warrant for AT&T for information related to the IP address of 108.220.160.223. The return from AT&T showed the subscriber to the IP address as Claire Leezer at 515 S. 8th Street in Petersburg, Illinois.

11.     Detective Hopps did a check of the state LEADS system that came back showing there were no driver's licenses or vehicle registrations belonging to

8

Claire Leezer, who is the suspect's deceased grandfather. Detective Hopps located an obituary for Claire Leezer in the State Journal Register which was posted on September 13, 1991. The Menard County, Illinois GIS map showed Sherrie L Leezer, who is the suspect's mother, (F/W 01/02/1962) and Nancy LE Leezer, who is the suspect's grandmother, (10/04/1945) as the property owners of 515 S. 8th Street, Petersburg, Illinois.

12.     Detective Hopps also did a check in the local computer aided dispatch system that showed a couple different calls to the Leezer-residence. One was in June of 2022 where Nancy stated someone hacked her computer. Detective Hopps later asked the responding officer if he remembered anything from that call to service but he did not. Another call was Sherrie making the complaint that someone had hacked her son's, Adam L. Power's (M/W 11/16/1993), email account and had purchased three phones. Sherrie said three iPhones had been added to her account on 05/06/2022 and were delivered by FedEx to the Hampton Inn in Jacksonville, Illinois on 05/07/2022. POWER noticed the phones were added to the account on 06/04/2022 and he subsequently called AT&T and they told him to file a police report.

13.     While Detective Hopps was waiting on the return from AT&T, Detective Hopps also wrote search warrants for the thirteen (13) different Snapchat accounts. When Detective Hopps received the returns, he was able to identify three more IP addresses that were commonly used by those Snapchat accounts sending and/or receiving child pornography. The IP addresses were 76.136.71.157, 73.45.33.180 and 173.16.94.125. Based on the returns,

9

Detective Hopps and your affiant have determined the subscriber to the Snapchat accounts was also soliciting other users who stated they were minors for nude photographs. During some of these chats, the suspect would ask how old the other subscribers were. In one case, the other subscriber said 14, to which the suspect asked for nude photographs. The subscriber used many different devices for Snapchat including an iPhone7, iPhone 9, iPhone 10, iPhone 12, iPad 5, iPad 7, iPod 9, iPhone CPU, iPhone OS 16, and mobile safari. The evidence returned also verified the presence of child pornography on those thirteen (13) Snapchat accounts some of which will be described below in the chats specifically identifying minors communicating with POWER.

14.    On February 3, 2023, Detective Hopps received another Cyber Tip regarding a new Snapchat account, lauren.harr23. This account was linked by the same IP address of 108.220.160.223 used by the previous thirteen (13) Snapchat accounts. A preservation was done on the Snapchat account and on March 7, 2023, a state search warrant was granted and executed on the Snapchat account lauren.harr23. The evidence returned from Snapchat on the Snapchat account lauren.harr23 also verified the presence of child pornography on this account, which will be described below in the chats specifically identifying minors communicating with POWER.

15.    Detective Hopps spoke with Investigator Jared McDermet, Illinois Attorney General's office about the case and on February 8, 2023, Investigator McDermet and Detective Hopps went to the 500 block of S. 8th Street in Petersburg, Illinois to perform an open-air network check with a Fluke Network

Wi-Fi tester.[2] All the networks in close proximity were secured except for a TV and Bluetooth speaker. This means the Wi-Fi would require a password to use the internet with IP address 108.220.160.223.

16.     On February 27, 2023, Detective Hopps did a check with the post office. The carrier for that route stated that Adam Power and a lady by the last name Leezer lived at 515 S. 8th Street in Petersburg, Illinois.

17.     A search of one of the common other IP addresses used, 173.16.94.125, showed the owner was Mediacom Communications Corp. A search warrant was granted and executed on March 7, 2023, on Mediacom Communications Corp. The evidence returned from Mediacom Communications Corp. revealed the subscriber as Central Christian Church, Jacksonville, Illinois 62650. A search was conducted through Google for Nancy Leezer and Adam Power with Central Christian Church. The Google search did not produce any results for Nancy Leezer. There were results for Adam Power, however, showing that he was the Director of Choirs for the Central Christian Church in Jacksonville, Illinois.

18.     A search of the other two IP addresses, 76.136.71.157 and 73.45.33.180, identified in this investigation showed Comcast Cable Communications as the owner of those two IP addresses. A search warrant was granted and executed on those IP addresses on March 7, 2023. Results from the

---

[2] A one-button Wi-Fi Auto Testing Tool, which quickly tests and provides a pass/fail indication of the wireless environment and identifies common wireless signal strength problems - for any level of Wi-Fi technician's expertise.

search warrant produced Nelson Oil as the subscriber to the IP address 73.45.33.180. During a TLO investigative inquiry, Nelson Oil was listed as a place of employment for Adam L. Power.

19.    On March 15, 2023, at 11:00 a.m., Detective Hopps drove by Nelson Oil in an unmarked police vehicle and was able to identify the vehicle belonging to POWER in the parking lot.

20.    On March 21, 2023, a state search warrant was granted for the premises of 515 S. 8th Street, Petersburg, Illinois, the vehicle belonging to Adam L. Power, which was a blue 2017 Ford passenger car, and Adam L. Power's person. On March 22, 2023, at approximately 5:17 a.m., this search warrant was executed. During the execution of this warrant, Detective Hopps was assisted by investigators from the Illinois Attorney General's office, special agents with Illinois State Police Zone 4 Investigations, officers with Petersburg Police Department, Menard County Sheriff's Deputy Luke Standley, as well as other officers with the Athens Police Department.

21.    After knocking on the door several times, Nancy Leezer, Power's grandmother, came to the door. She advised that POWER was in his bedroom straight down the hallway. While Investigator McDermet and Detective Hopps were walking down the hallway, POWER came out of the NW bedroom in the residence. POWER was searched by Illinois State Police Special Agent Lyle Bloomfield and an iPhone was found on his person. POWER was then escorted outside and given a pair of sandals and a sweatshirt due to the inclement weather. Detective Hopps advised POWER of his Miranda rights and POWER

stated he understood those rights. Investigator McDermet, Special Agent Bloomfield, and Detective Hopps then went into Power's bedroom. They briefly looked and saw multiple devices bedside and throughout POWER's bedroom.

22. At approximately 05:31 a.m., Power was transported to the Petersburg Police Department for questioning by Detective Hopps and Investigator McDermet. Once there, Detective Hopps introduced himself. POWER stated he knew Detective Hopps from when he was a substitute teacher at the Athens School. Investigator McDermet asked POWER if he was aware of his rights and POWER stated that he had been advised of those rights by Detective Hopps. Detective Hopps advised POWER why he was being detained. POWER then stated that he was unsure how that could be. When asked by Investigator McDermet who had access to his phone, POWER told the Detectives that sometimes he may leave it unlocked and his 5-year-old Godson may pick it up or someone else. It was at this point that POWER told Investigator McDermet and Detective Hopps that he did not want to incriminate himself, so he wanted to speak with his lawyer.

23. A preliminary search of one of the devices located at POWER's residence revealed at least eight images of child pornography. Of the images, two images were of a prepubescent female with her bare vagina exposed. A third image of a prepubescent female was of prepubescent female with her bare breast and vagina exposed. The other five images were of prepubescent males exposing their penises. Detective Hopps viewed these images personally and he believes they constitute Child Pornography. The four children identified in these eight

images are believed to be under the age of 13 at the time the photo was taken. The reason the pictures of the female are determined to be under the age of 13 are the lack of development of the breasts and lack of pubic hair. The reason the pictures of the males are determined to be under the age of 13 is the lack of pubic hair. It should be noted that those are not all of the images or videos of child pornography on this device.

24.     Detective Hopps placed POWER under arrest at approximately 9:13 a.m. for Possession of Child Pornography. He was then transported by Athens Police Officer Alex Thomson to the Menard County Jail. Officer Thomson arrived at the Menard County Jail at approximately 9:15 a.m. POWER was placed in the custody of the Menard County Jail staff without incident.

25.     On March 28, 2022, your affiant had a meeting with Athens Police Department and the Illinois Attorney General's Investigators. At that time your affiant was provided a copy of the Snapchat returns from the state search warrants.

26.     Your affiant was able to issue DHS Summons on the Snapchat accounts of the suspected minors to identify the victims. Once the summonses were returned, your affiant was able to locate several of the victims, because there were associated phone numbers with the accounts. The accounts that did not have phone numbers associated with them had additional summonses issued to the internet service providers.

27.     While your affiant was reviewing the Snapchat warrant returns, he was able to locate several incidents in which POWER was identifying himself as

14

a minor female in order to get minor males to produce child pornographic images and videos of themselves.

28.    Your affiant exported the chat conversations that POWER had with a minor male who was born in 2007. For this affidavit, your affiant will be identifying the minor as MMV1[3] (Minor Male Victim 1). There were a total of four different user accounts that POWER had used to communicate with MMV1.

29.    The first account used by POWER was belladances24. The following is the conversation that he had with MMV1 using belladances24:

| From | To | Body | Date/Time - UTC-06:00 (M/d/yyyy) |
|---|---|---|---|
| MMV1 | belladances24 | (No message content to display) | 7/2/2022 11:56 |
| belladances24 | MMV1 | (Image sent of what appears to be a minor female's vagina.  The female appears to be lying down.  The focus of the image is the vagina, which has no public hair) | 7/2/2022 12:30 |
| belladances24 | MMV1 | @charps005 | 7/2/2022 12:30 |
| belladances24 | MMV1 | (Image sent of what appears to be a minor female who appears to be lying on a bed.  Her face is visible and the focus of the image is the female's naked buttock which is visible over her shoulder and raised off the bed.) | 7/2/2022 12:32 |
| MMV1 | belladances24 | (No message content to display) | 7/2/2022 12:35 |
| belladances24 | MMV1 | Cum | 7/2/2022 23:55 |

---

[3] Law Enforcement is aware of the true name of MMV1.  The actual account name is being withheld to protect the identity of the victim.

| MMV1 | belladances24 | u squirt | 7/3/2022 0:00 |
|---|---|---|---|
| belladances24 | MMV1 | Make me | 7/3/2022 6:00 |
| MMV1 | belladances24 | Send | 7/3/2022 11:04 |
| belladances24 | MMV1 | Make me daddy | 7/3/2022 11:14 |
| MMV1 | belladances24 | (Image sent of what appears to be a naked minor male with an erection. The male is visible from the neck to just below his testicles.) | 7/3/2022 11:18 |
| MMV1 | belladances24 | Now u | 7/3/2022 11:18 |
| MMV1 | belladances24 | ?? | 7/3/2022 11:22 |
| MMV1 | belladances24 | Hello?? | 7/3/2022 11:28 |
| MMV1 | belladances24 | ??? | 7/3/2022 11:45 |
| belladances24 | MMV1 | Send full | 7/3/2022 11:59 |
| MMV1 | belladances24 | (Image sent of what appears to be a naked minor male with an erection. The males face is visible and you can see his body down to his mid-thigh. There is a bunk bed behind the minor male.) | 7/3/2022 12:00 |
| belladances24 | MMV1 | Fresh | 7/3/2022 12:00 |
| MMV1 | belladances24 | (Image sent of what appears to be a naked minor male with an erection. The male's face is visible and you can see his body down to just above his testicles. There are two lights just behind the minor's head with green lamp shades, one of the lights is on the other is off.) | 7/3/2022 12:00 |
| MMV1 | belladances24 | Now u | 7/3/2022 12:00 |
| MMV1 | belladances24 | ? | 7/3/2022 12:02 |
| belladances24 | MMV1 | (Image sent of what appears to be a minor female's vagina. The female is using her right hand to spread open her labia.) | 7/3/2022 12:05 |

| MMV1 | belladances24 | Full | 7/3/2022 12:06 |
|---|---|---|---|
| MMV1 | belladances24 | ?? | 7/3/2022 12:08 |
| MMV1 | belladances24 | Send | 7/3/2022 12:14 |
| MMV1 | belladances24 | (Image sent of what appears to be a naked minor male with an erection. The male's face is visible and you can see his body down to just above his testicles. There are two lights just behind the minor's head with green lamp shades, one of the lights is on the other is off.) | 7/3/2022 12:14 |
| MMV1 | belladances24 | What's the point in sending if ur only gonna send a pussy pic | 7/3/2022 12:20 |
| MMV1 | belladances24 | I want a full nude with tits and pussy | 7/3/2022 12:20 |
| MMV1 | belladances24 | Or a video of u fisting ur asshole | 7/3/2022 12:20 |
| MMV1 | belladances24 | ? | 7/3/2022 12:38 |
| belladances24 | MMV1 | (Image sent of what appears to be a naked minor female. The focus of the image is the vagina, which has no public hair. A second image was also sent of a minor female who appears to be lying on a bed. Her face is visible, and the focus of the image is the female's naked buttock which is visible over her shoulder and raised off the bed.) | 7/3/2022 12:39 |
| MMV1 | belladances24 | Fresh | 7/3/2022 12:39 |
| MMV1 | belladances24 | ?? | 7/3/2022 12:45 |
| belladances24 | MMV1 | Cum | 7/3/2022 12:47 |
| MMV1 | belladances24 | Give me something to make me | 7/3/2022 12:48 |
| belladances24 | MMV1 | (Video sent of a female (age difficult) without any clothes covering her | 7/3/2022 12:49 |

17

| | | vagina. The video starts and the female lifts her shirt exposing her breasts. The female then takes a marker and inserts the marker into her anus. She then takes a hairbrush and begins to masturbate with the brush. A white fluid begins to exit the female's vagina. The female then removes the brush from her vagina and places it into her mouth. You are able to see the face from just below her glasses. The female then licks the white fluid off the hairbrush handle. The video is one minute and forty -seven seconds long) | |
|---|---|---|---|
| MMV1 | belladances24 | You've already sent that | 7/3/2022 12:50 |
| belladances24 | MMV1 | Cum daddy | 7/3/2022 12:50 |
| MMV1 | belladances24 | Give me fresh material | 7/3/2022 12:50 |
| belladances24 | MMV1 | You | 7/3/2022 12:50 |
| MMV1 | belladances24 | (Image sent of what appears to be a naked minor male with an erection. The male's face is visible, and you can see his body down to just above his testicles. There are two lights just behind the minor's head with green lamp shades, one of the lights is on the other is off.) | 7/3/2022 12:50 |
| MMV1 | belladances24 | (No message content to display) | 7/3/2022 12:51 |
| MMV1 | belladances24 | (No message content to display) | 7/3/2022 12:52 |
| belladances24 | MMV1 | Get naked | 7/3/2022 13:41 |
| MMV1 | belladances24 | Send | 7/3/2022 16:04 |
| MMV1 | belladances24 | Send | 7/3/2022 20:07 |
| MMV1 | belladances24 | ? | 7/3/2022 20:20 |

18

| MMV1 | belladances24 | Send | 7/3/2022 20:20 |
|---|---|---|---|
| belladances24 | MMV1 | I'm not horny | 7/3/2022 20:20 |
| MMV1 | belladances24 | Would my dick make u honey | 7/3/2022 20:20 |
| MMV1 | belladances24 | Horny | 7/3/2022 20:21 |
| belladances24 | MMV1 | MYbe | 7/3/2022 20:22 |
| MMV1 | belladances24 | (Image sent of what appears to be a naked minor male with an erection.  The male is visible from the neck to just below his testicles.) | 7/3/2022 20:25 |
| MMV1 | belladances24 | Send | 7/3/2022 20:27 |
| belladances24 | MMV1 | (Image sent of a female's vagina.  The focus is the labia which are slightly spread.  The age of the female is difficult.) | 7/3/2022 20:27 |
| MMV1 | belladances24 | Full | 7/3/2022 20:27 |
| MMV1 | belladances24 | (Image sent of what appears to be a naked minor male with an erection.  The male's face is visible and you can see his body down to just above his testicles. The male has his right hand on his penis.  It appears that he is masturbating.) | 7/3/2022 20:27 |
| belladances24 | MMV1 | Notntil you do | 7/3/2022 20:27 |
| MMV1 | belladances24 | (Image sent of what appears to be a naked minor male with an erection.  The male's face is visible and you can see his body down to just above his testicles. The male has his right hand on his penis.  It appears that he is masturbating. Image is slightly different from previous image.) | 7/3/2022 20:28 |
| MMV1 | belladances24 | Now u | 7/3/2022 20:28 |

| belladances24 | MMV1 | (No message content to display) | 7/3/2022 20:28 |
|---|---|---|---|
| MMV1 | belladances24 | Wait | 7/3/2022 20:29 |
| MMV1 | belladances24 | How old r u | 7/3/2022 20:29 |
| belladances24 | MMV1 | 13 | 7/3/2022 20:29 |
| MMV1 | belladances24 | Alr | 7/3/2022 20:29 |
| MMV1 | belladances24 | Another question | 7/3/2022 20:29 |
| MMV1 | belladances24 | Where u live | 7/3/2022 20:29 |
| belladances24 | MMV1 | Florida | 7/3/2022 20:29 |
| MMV1 | belladances24 | Ok | 7/3/2022 20:29 |
| MMV1 | belladances24 | Finger ur ass for me baby | 7/3/2022 20:29 |
| belladances24 | MMV1 | Y | 7/3/2022 20:29 |
| belladances24 | MMV1 | (Image sent of a female's vagina.  The focus is the labia which are slightly spread.  The age of the female is difficult. The image is different for others sent.) | 7/3/2022 20:30 |
| MMV1 | belladances24 | Sometimes i like to hook up and fuck with people like u | 7/3/2022 20:30 |
| belladances24 | MMV1 | You're probably a virgin | 7/3/2022 20:30 |
| MMV1 | belladances24 | Are u? | 7/3/2022 20:30 |
| MMV1 | belladances24 | Finger ur ass baby | 7/3/2022 20:31 |
| MMV1 | belladances24 | ?? | 7/3/2022 20:32 |
| MMV1 | belladances24 | ???? | 7/3/2022 20:35 |
| MMV1 | belladances24 | Finger ur ass for daddy | 7/3/2022 20:35 |
| MMV1 | belladances24 | Hello?? | 7/3/2022 20:37 |
| MMV1 | belladances24 | Where'd u go | 7/3/2022 20:40 |
| belladances24 | MMV1 | Nah. You be good first | 7/3/2022 20:41 |
| MMV1 | belladances24 | Fist ur ass, and I'll do anything for u | 7/3/2022 20:41 |

30.    The second account used by POWER was jaceeweiss2.  The

following is the conversation that he had with MMV1 using jaceeweiss2:

| jaceeweiss2 | MMV1 | (Video sent of an age difficult female masturbating.  There is a green cloth with red and blue dots on the cloth.  The female | 7/31/2022 21:05 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | appears to orgasm. The video is nineteen seconds long) | |
| jaceeweiss2 | MMV1 | Hurry tf up | 7/31/2022 21:32 |
| MMV1 | jaceeweiss2 | (Image sent of a minor male taken in the mirror. The male is holding a red and black cell phone. The male has an erection. The male's face is visible and you can see down to just below his penis.) | 7/31/2022 22:05 |
| MMV1 | jaceeweiss2 | (Image sent of a minor male with an erection. The a portion of the male's face is visible and you can see down to just below his penis.) | 7/31/2022 22:05 |
| MMV1 | jaceeweiss2 | ?? | 7/31/2022 22:23 |
| MMV1 | jaceeweiss2 | (Video sent of a minor male masturbating in the shower. You can see the naked minor from just above his penis down to his feet. The video is ten seconds long. | 8/1/2022 17:40 |
| MMV1 | jaceeweiss2 | I'm in the shower rn | 8/1/2022 17:40 |
| MMV1 | jaceeweiss2 | Horn | 8/1/2022 17:40 |
| MMV1 | jaceeweiss2 | Horny | 8/1/2022 17:40 |
| jaceeweiss2 | MMV1 | Cum | 8/1/2022 18:54 |
| jaceeweiss2 | MMV1 | (No message content to display) | 8/1/2022 18:54 |
| MMV1 | jaceeweiss2 | Already did | 8/1/2022 18:55 |
| jaceeweiss2 | MMV1 | Send | 8/2/2022 5:18 |
| jaceeweiss2 | MMV1 | Wyd | 8/2/2022 16:55 |
| jaceeweiss2 | MMV1 | Cmon slave | 8/2/2022 17:23 |

31.   The third account used by POWER was allylong2306.  The

following is the conversation that he had with MMV1 using allylong2306:

| | | | |
|---|---|---|---|
| MMV1 | allylong2306 | (Image sent of minor male that is naked and holding a red cell phone in his left hand.  It appears he is taking a picture of himself in the mirror.  His penis is visible and flaccid) | 9/17/2022 22:23 |
| MMV1 | | (Image sent of minor male that is naked and holding a red cell phone in his left hand.  It appears he is taking a picture of himself in the mirror.  His penis is visible and flaccid) | 9/17/2022 22:23 |
| MMV1 | allylong2306 | (Image sent of minor male that is naked and holding a red cell phone with both hands.  It appears he is taking a picture of himself in the mirror.  His penis is visible and flaccid) | 9/17/2022 22:24 |
| MMV1 | | (Image sent of minor male that is naked and holding a red cell phone with both hands.  It appears he is taking a picture of himself in the mirror.  His penis is visible and flaccid) | 9/17/2022 22:24 |
| MMV1 | allylong2306 | (Image sent of minor male that is naked.  His penis is visible and slightly erect.) | 9/17/2022 22:25 |
| MMV1 | | (Image sent of minor male that is naked.  His penis is visible and slightly erect.) | 9/17/2022 22:25 |
| allylong2306 | MMV1 | (Image sent of a female's breasts.) | 9/17/2022 22:27 |
| allylong2306 | MMV1 | (Image sent of a female's breasts.) | 9/17/2022 22:27 |
| allylong2306 | MMV1 | Send nkw | 9/18/2022 10:59 |
| allylong2306 | MMV1 | I'm horny asf | 9/18/2022 11:36 |
| MMV1 | allylong2306 | Ok | 9/18/2022 11:37 |

| allylong2306 | MMV1 | R u | 9/18/2022 11:37 |
|---|---|---|---|
| MMV1 | allylong2306 | Show me u are | 9/18/2022 11:37 |
| MMV1 | allylong2306 | Show m | 9/18/2022 11:40 |

32.  The fourth account used by POWER was lauren.harr23.  The following is the conversation that he had with MMV1 using lauren.harr23:

| lauren.harr23 | MMV1 | Send | 1/15/2023 11:55 |
|---|---|---|---|
| MMV1 | | U send | 1/15/2023 13:18 |
| MMV1 | | ? | 1/15/2023 13:29 |
| lauren.harr23 | MMV1 | After you | 1/15/2023 13:33 |
| MMV1 | | (Image sent of a minor male standing naked with an erect penis. He is visible from the chin down to the mid-thigh.) | 1/15/2023 13:37 |
| lauren.harr23 | MMV1 | Idk how fresh that is so nvm | 1/15/2023 13:37 |
| MMV1 | | That's brand new | 1/15/2023 13:38 |
| MMV1 | | ? | 1/15/2023 13:39 |
| MMV1 | | Why won't you send | 1/15/2023 13:39 |
| lauren.harr23 | MMV1 | Not horny | 1/15/2023 13:39 |
| MMV1 | | (Video sent of a minor male masturbating.  The video is twenty-one seconds in length) | 1/15/2023 13:40 |
| MMV1 | | (No message content to display) | 1/15/2023 13:40 |
| MMV1 | | (No message content to display) | 1/15/2023 13:40 |

| | | | |
|---|---|---|---|
| MMV1 | | (No message content to display) | 1/15/2023 13:40 |
| MMV1 | | ? | 1/15/2023 13:40 |
| MMV1 | | Why aren't you sending | 1/15/2023 13:42 |
| lauren.harr23 | MMV1 | I'm not horny | 1/15/2023 13:42 |
| MMV1 | | How can I make you hormy | 1/15/2023 13:43 |
| MMV1 | | Horny | 1/15/2023 13:43 |
| lauren.harr23 | MMV1 | By sending fresh vids moaning my name and doing kinky stuff | 1/15/2023 13:43 |
| MMV1 | | Those are fresh vids | 1/15/2023 13:43 |
| MMV1 | | (Video sent of a minor male masturbating until he ejaculates. The video is fifty-two seconds in length) | 1/15/2023 13:49 |
| MMV1 | | (Video sent of the minor male licking what appears to be semen off his hand. The video is eleven second in length.) | 1/15/2023 13:49 |
| MMV1 | | (No message content to display) | 1/15/2023 13:49 |
| MMV1 | | (No message content to display) | 1/15/2023 13:49 |
| lauren.harr23 | MMV1 | No. I want fresh and moaning my name | 1/15/2023 13:52 |

33.   On May 10, 2023, MMV1 described in paragraphs 28 thru 32 above was interviewed at the HSI Springfield office by Forensic Interview Specialist (FIS) Alexandra Levi. FIS Levi confirmed that MMV1 was born in 2007, making MMV1 fifteen (15) years old when the chats began with POWER. FIS Levi talked to MMV1 about the chats and media exchanged between him and POWER, using the Snapchat accounts. FIS Levi showed MMV1 portions of the chats and images

that were exchanged or images from videos that were exchanged. MMV1 was able to identify himself in the images and images from videos that had been sent to the Snapchat user names that were used by the Defendant. The MMV1 also recalled sending the material and some of the user names that the Defendant had been using. FIS Levi showed the MMV1 a list of twenty-nine (29) user names that had been identified and associated with the Defendant. The MMV1 recognized ten (10) of the user names as being individuals that he had talked to.

34.    Your affiant examined some of the media that was seized during the search warrant of the Defendants residence. Your affiant found Snapchat remnants which showed times when items were sent to specific users. Your affiant was able to query MMV1's name.

35.    Your affiant located an exact match for MMV1's first and last name. There were a total of one hundred and twenty-nine (129) entries for the MMV1's name related to Snapchat activity.  The activities were between January 2, 2023 at 7:07:16 pm UTC and January 14, 2023 at 1:43:33 am UTC.  The activity was located on Seized Line Item 16 – Silver iPad, Model: A2197, SN GG7CR88BMF3N. There was no content as it appears that the messages had been deleted.

36.    Your affiant located Instagram Direct Messages on Seized Line Item 9 – Pink/White, iPhone Model A1660. There were a total of eleven messages sent between the Instagram accounts "Emily.s2608" and "MMV1-Instagram[4]". Your affiant went to Instagram and was able to confirm that the images associated

_____

[4] It should be noted that the Instagram User Account is known to Law Enforcement but is not being listed here for the safety of the minor.

with the account were images of MMV1, additionally the account shows MMV1 to be a freshman as he is listed as being part of the class of 2026 for one of the local schools. The account "emily.s2608" has no images associated with the account but has four hundred and sixteen (416) followers.

| Sender | Recipient | Message | Message Date/Time - UTC+00:00 (M/d/yyyy) |
|---|---|---|---|
| emily.s2608 | MMV1-Instagram | Send good stuff | 2/14/2023 11:58:43 AM |
| MMV1-Instagram | emily.s2608 | You send | 2/14/2023 9:16:42 PM |
| MMV1-Instagram | emily.s2608 | You haven't sent yet | 2/14/2023 9:16:47 PM |
| emily.s2608 | MMV1-Instagram | Make me wet asf daddy | 2/14/2023 9:21:04 PM |
| MMV1-Instagram | emily.s2608 | You gotta send first | 2/14/2023 10:00:03 PM |
| emily.s2608 | MMV1-Instagram | No | 2/14/2023 10:13:30 PM |
| emily.s2608 | MMV1-Instagram | Cmon | 2/15/2023 11:49:31 AM |
| emily.s2608 | MMV1-Instagram | Hi | 2/16/2023 11:50:54 PM |
| MMV1-Instagram | emily.s2608 | What | 2/17/2023 1:06:54 AM |
| emily.s2608 | MMV1-Instagram | Send now | 2/17/2023 1:07:08 AM |
| emily.s2608 | MMV1-Instagram | Full and good | 2/17/2023 1:07:11 AM |

37.    Your affiant also located messages on Seized Line Item 9 – Pink/White, iPhone Model A1660, associated with KIK Messenger, a web based chat application. There were a total of fifty-seven messages between MMV1 and the "Local User" which included images that were sent back and forth. The "Local User" is the user from the device being examined. The following is the chat:

| Local User | Partner Display Name | Received (Device Time) Date/Time - UTC+00:00 (M/d/yyyy) | Sent (Device Time) Date/Time - UTC+00:00 (M/d/yyyy) | Message Body |
|---|---|---|---|---|
| Local User | MMV1 | 2/1/2023 2:19:38 AM | | Send |
| Local User | MMV1 | | 2/2/2023 3:36:54 AM | Send |
| Local User | MMV1 | | 2/2/2023 3:37:05 AM | Lay in bed like your sleeping and send daddy |
| Local User | MMV1 | | 2/2/2023 3:37:48 AM | Ya |
| Local User | MMV1 | 2/2/2023 3:37:40 AM | | Are you gonna send back? |
| Local User | MMV1 | 2/2/2023 3:37:59 AM | | (Image of an erect penis. The male is laying back on a bed) |
| Local User | MMV1 | 2/2/2023 3:38:06 AM | | Now u |
| Local User | MMV1 | | 2/2/2023 3:38:41 AM | Let up your cam so take a pic of you and pretend you're sleep with your dick out and I'll send |
| Local User | MMV1 | 2/2/2023 3:40:06 AM | | (Image of MMV1 laying on his side. He has an erect penis.) |
| Local User | MMV1 | 2/2/2023 3:40:39 AM | | Send back baby |
| Local User | MMV1 | | 2/2/2023 3:40:58 AM | (Image of a naked female, age difficult, laying on her back with a flame emoji covering a penis being inserted into her vagina) |
| Local User | MMV1 | 2/2/2023 3:42:35 AM | | (Image of MMV1 laying on his back with an erect penis. There is a bunk bed in the background which matches the description of his room given during his interview.) |
| Local User | MMV1 | | 2/2/2023 3:42:56 AM | Use the time to show all of you with face like it's set up somewhere daddy |

| Local User | MMV1 | 2/2/2023 3:44:42 AM | | (Image of MMV1 laying on his side with an erect penis. There is a bunk bed in the background which matches the description of his room given during his interview.) |
| Local User | MMV1 | 2/2/2023 3:44:42 AM | | Send back baby |
| Local User | MMV1 | 2/2/2023 3:45:18 AM | | Fresh baby |
| Local User | MMV1 | | 2/2/2023 3:45:09 AM | (Image of a minor female taking a picture with a white phone. The female is completely naked and sitting on a white rug with her legs spread exposing her vaginal area.) |
| Local User | MMV1 | 2/2/2023 3:45:36 AM | | Something new |
| Local User | MMV1 | 2/2/2023 11:49:45 AM | | ? |
| Local User | MMV1 | 2/2/2023 11:49:45 AM | | Where'd you go? |
| Local User | MMV1 | | 2/5/2023 11:53:59 AM | Send |
| Local User | MMV1 | 2/5/2023 10:05:55 PM | | You send |
| Local User | MMV1 | | 2/5/2023 10:06:05 PM | Get me wet |
| Local User | MMV1 | 2/5/2023 10:07:07 PM | | Only if u send fresh |
| Local User | MMV1 | 2/5/2023 10:07:07 PM | | (Image of a minor male with his right hand on his erect penis. He appears to be laying down and his underwear is pulled down by his ankles) |
| Local User | MMV1 | | 2/6/2023 10:55:25 AM | Moan daddy |
| Local User | MMV1 | 2/6/2023 11:15:27 PM | | Send |

| | | | | |
|---|---|---|---|---|
| Local User | MMV1 | | 2/6/2023 11:18:07 PM | (Image of a minor female, based on her vaginal area that has no hair, with her legs in the air and her underwear pulled up her thighs. Her vaginal area is completely exposed. She appears to be laying on her back) |
| Local User | MMV1 | | 2/6/2023 11:22:58 PM | I'm waiting |
| Local User | MMV1 | 2/6/2023 11:23:14 PM | | (Image of an erect penis. The male is laying back on a bed) |
| Local User | MMV1 | 2/19/2023 8:48:23 AM | | Send |
| Local User | MMV1 | | 2/19/2023 8:48:24 AM | You. |
| Local User | MMV1 | 2/19/2023 8:52:38 AM | | (Image of MMV1 standing in what appears to be a basement. MMV1 has an erect penis and he is holding it with his right hand) |
| Local User | MMV1 | 2/19/2023 8:52:38 AM | | Now you |
| Local User | MMV1 | | 2/19/2023 8:52:53 AM | Stand and cum and I will |
| Local User | MMV1 | 2/19/2023 8:55:02 AM | | (Image of MMV1 standing in what appears to be his bedroom. MMV1 has an erect penis and he is holding it with his right hand) |
| Local User | MMV1 | | 2/19/2023 8:55:20 AM | Who said you could shave your bush too |
| Local User | MMV1 | 2/19/2023 9:09:13 PM | | Me |
| Local User | MMV1 | 2/19/2023 9:09:13 PM | | Send |
| Local User | MMV1 | | 2/19/2023 9:09:16 PM | Send |
| Local User | MMV1 | 2/19/2023 9:09:46 PM | | U send |

| Local User | MMV1 | 2/19/2023 9:09:51 PM | | U didn't sent last night |
|---|---|---|---|---|
| Local User | MMV1 | | 2/19/2023 9:10:16 PM | (Images of a female's vaginal area. The age of the female is difficult to determine as the image is mostly the vagina area) |
| Local User | MMV1 | 2/19/2023 9:22:08 PM | | Full naked |
| Local User | MMV1 | 2/19/2023 9:22:08 PM | | ?? |
| Local User | MMV1 | | 2/19/2023 9:22:11 PM | Send a fresh vid and I will |
| Local User | MMV1 | 2/19/2023 9:56:18 PM | | (Image of a minor male with his right hand on his erect penis. He appears to be laying down and his blue shorts are pulled down below his penis. You can see that the male's erect penis and there is no hair in the public area) |
| Local User | MMV1 | | 2/19/2023 9:56:26 PM | Full naked |
| Local User | MMV1 | 2/19/2023 9:56:52 PM | | (Image of MMV1 with his shorts down and his right hand on his erect penis. MMV1 is standing and there is a door behind him.) |
| Local User | MMV1 | 2/20/2023 1:30:12 AM | | Now send |
| Local User | MMV1 | | 2/20/2023 1:35:34 AM | Eat it |
| Local User | MMV1 | 2/22/2023 11:10:04 AM | | Send |
| Local User | MMV1 | | 2/22/2023 11:10:07 AM | You up |
| Local User | MMV1 | 2/25/2023 11:14:37 PM | | Send |
| Local User | MMV1 | 2/28/2023 9:20:38 PM | | Send |
| Local User | MMV1 | | 2/28/2023 9:20:51 PM | Send all brand new stuff |

30

| Local User | MMV1 | | 3/1/2023 12:01:48 AM | I'm waiting. Make me a vid and moan my name |
|---|---|---|---|---|

38.    Your affiant also searched the seized devices/media for images and videos, by MD5 hash value, that had been sent during the Snapchat conversation documented in paragraphs 28 thru 32 above. Your affiant located the image that was sent by "allylong2306" on 9/17/2022 at 10:27:29 UTC-6:00 to MMV1.  The image had a MD5 hash of 60cb4b1b2a0f18e1e27d12a2f89b9631 and was located on Seized Line Item 13 – iPad Air, silver, Model MGLI2LL/A SN DMPP2MX1G5VJ.   Your affiant located three videos files that were sent by MMV1, of himself that would be considered Child Pornography under 18 USC 2256, in Snapchat to "lauren.harr23" on January 15, 2023. The video had a MD5 hash of 510a67b690db9bcbfa15aa08476df5e2, d4491f3bba3c192a14f4cd41ece2 64ab,andec4245dd80b15decf6ce0d27a4adfd09 and was located on Seized Line Item 14 – Silver iPad Model A2197 SN G7CT08FMF3N.

39.    Your affiant then reviewed the search warrant returns from the Snapchat accounts being used by the Defendant.   Specifically, your affiant obtained the Snapchat User ID's associated with the Snapchat user names being used by the Defendant to talk with MMV1. The following are the Snapchat User ID's:

| User Name | User ID |
|---|---|
| allylong2306 | f2790e57-eac2-430c-a1f3-15a085157cf7 |
| belladances24 | 33eeff0a-54e1-4a00-98de-cdf9258c06b6 |

| | |
|---|---|
| jaceeweiss2 | 5c54e18e-1a32-4fc5-b50f-2524e637ff78 |
| lauren.harr23 | 88185f42-4812-458c-aaf7-3f700787e934 |

40.    Your affiant found the following information related to the Snapchat accounts being used by the Defendant saved on his devices seized from his residence:

On Seized Line Item 5 – Silver, iPhone Model A1522, IMEI 3593180251355, the User ID f2790e57-eac2-430c-a1f3-15a085157cf7, which is associated with the Snapchat Account "allylong2306", was located in the devices keychain.plist. The entry in the plist appears to have been created on June 19, 2022. The keychain.plist file contains a series of objects, each of which represents an entry, or password, in the keychain. These items are then used by the device to open a specific application such as Snapchat.

Your affiant searched the seized devices for any reference to the Snapchat User ID 88185f42-4812-458c-aaf7-3f700787e934, "lauren.harr23." Your affiant located two artifacts from Snapchat Memories located on two separate devices, Seized Line Item 14 – Silver iPad Model A2197 SN G7CT08FMF3N and Seized Line Item 16 – Silver iPad, Model: A2197, SN GG7CR88BMF3N.

41.    Your affiant reviewed the seven hundred and sixty-three images that are associated with the Snapchat User ID 88185f42-4812-458c-aaf7-3f700787e934, which is associated with "lauren.harr23". Your affiant identified four images that were associated with "lauren.harr23" and the MMV1 on Seized

Line    Item    14.    The    first    image,    with    the    file    name "a108c54e93cfd0b17228fb4654be1817", was an image of MMV1 naked. You can clearly see MMV1's face and him holding his erect penis in his right hand. The image has a creation date of January 15, 2023 at 6:41:45 pm UTC. The second image, with the file name "858432aeed0b7658abda4ec89f86224f", which is an image of MMV1 naked with an erection has a creation date of  January 15, 2023 at 6:38:44    pm    UTC.    The    third    image,    with    the    file    name "ee239f7465e939ce13eb2afe020b1f8a", which is an image of MMV1's face has a creation  date  of  January  15,  2023    at  6:53:09  pm  UTC.        The          forth image,           with           the           file           name "5bbd6c77fd6dbfe79f6d66b7a7a047d1", which is an image of MMV1 naked. You can clearly see MMV1's face and him holding his erect penis in his right hand. The file has a creation date of January 15, 2023 at 6:53:14 pm UTC.

42.    Your affiant also reviewed sixty-nine videos that are associated with the Snapchat    User    ID    88185f42-4812-458c-aaf7-3f700787e934,    which    is associated with "lauren.harr23". Your affiant identified three videos that were associated with "lauren.harr23" and the MMV1 also located on Seized Line Item 14. The first video, with the file name "8190fe5c389bf913c636049bcf7fa6ed", was a video of MMV1 standing in his bedroom naked and masturbating, the video is twenty-one seconds in length.  The video has a creation date of January 15,  2023 at    6:41:45    pm    UTC.    The    second    video,    with    the    file    name "f71ebffbaeea2c2c76a868bfd9b011dd", which is an video of MMV1 standing in

33

his bedroom naked and masturbating until he ejaculates, the video is fifty-two seconds in length. The video has a creation date of January 15, 2023 at 6:53.14 pm UTC. The third video, with the file name "395c747a809679b7132a52ba23bfd037", which is an video of MMV1 and he appears to be licking semen off his fingers, the video is eleven seconds in length. The video has a creation date of January 15, 2023 at January 15, 2023 at 6:53:08 pm UTC.

43. Your affiant also exported the chat conversations that POWER had with a minor male who was born in 2008. For this affidavit, your affiant will be identifying the minor as MMV2[5] (Minor Male Victim 2). There were a total of three different user accounts that POWER used to communicate with MMV2.

44. The first account used by POWER was annaclairemay22. The following is the conversation that he had with MMV2 using annaclairemay22:

| annaclairemay22 | MMV2 | Hey daddy | 6/16/2022 10:51:11 PM |
| MMV2 | annaclairemay22 | Hi | 6/17/2022 2:59:20 PM |

45. The second account used by POWER was annahead2. The following is the conversation that he had with MMV2 using annahead2:

| annahead2 | MMV2 | I'll send butt | 8/18/2022 11:25:33 AM |
| annahead2 | MMV2 | Plz? | 8/18/2022 11:26:07 AM |

---

[5] Law Enforcement is aware of the true name of MMV2. The actual account name is being withheld to protect the identity of the victim.

| annahead2 | MMV2 | And I'm jk lol it's a filter | 8/18/2022 11:27:06 AM |
|---|---|---|---|
| annahead2 | MMV2 | Wyd | 8/18/2022 11:48:31 PM |
| MMV2 | annahead2 | Not | 8/18/2022 8:03:36 PM |
| MMV2 | annahead2 | At baseball practice | 8/19/2022 12:09:55 AM |
| annahead2 | MMV2 | What position do you play | 8/19/2022 12:11:20 AM |
| MMV2 | annahead2 | Catcher and Right field | 8/19/2022 12:11:44 AM |
| annahead2 | MMV2 | Nice | 8/19/2022 12:12:15 AM |
| MMV2 | annahead2 | Yeah | 8/19/2022 12:13:59 AM |
| annahead2 | MMV2 | You wear a cup? | 8/19/2022 12:14:06 AM |
| MMV2 | annahead2 | Yeah | 8/19/2022 12:14:12 AM |
| annahead2 | MMV2 | Is it true it hurt if you get a boner with it on? | 8/19/2022 12:14:24 AM |
| MMV2 | annahead2 | Idk | 8/19/2022 12:14:50 AM |
| MMV2 | annahead2 | I have never had one | 8/19/2022 12:15:00 AM |
| annahead2 | MMV2 | Oh. My friend says it does | 8/19/2022 12:15:06 AM |
| MMV2 | annahead2 | Ok | 8/19/2022 12:15:15 AM |
| annahead2 | MMV2 | Do you lift | 8/19/2022 12:15:26 AM |
| MMV2 | annahead2 | No | 8/19/2022 12:15:31 AM |
| annahead2 | MMV2 | You strong tho? | 8/19/2022 12:15:42 AM |
| MMV2 | annahead2 | Yeah | 8/19/2022 12:15:48 AM |
| annahead2 | MMV2 | Nice. Can I see you flex later? | 8/19/2022 12:15:59 AM |
| MMV2 | annahead2 | Yeah | 8/19/2022 12:16:04 AM |

| | | | |
|---|---|---|---|
| annahead2 | MMV2 | Sweet lol | 8/19/2022 12:16:11 AM |
| MMV2 | annahead2 | I am home now | 8/19/2022 12:16:14 AM |
| annahead2 | MMV2 | Show me you flexing then | 8/19/2022 12:16:25 AM |
| MMV2 | annahead2 | Okay | 8/19/2022 12:16:31 AM |
| MMV2 | annahead2 | (No message Content to Display) | 8/19/2022 12:17:00 AM |
| annahead2 | MMV2 | Nice. Shirtless please? You're pretty cute lol | 8/19/2022 12:17:10 AM |
| MMV2 | annahead2 | No | 8/19/2022 12:17:16 AM |
| MMV2 | annahead2 | Shirtless | 8/19/2022 12:17:23 AM |
| annahead2 | MMV2 | What if I sent lol | 8/19/2022 12:17:40 AM |
| MMV2 | annahead2 | Can I see your muscles | 8/19/2022 12:17:41 AM |
| MMV2 | annahead2 | Only muscles then I will send abs | 8/19/2022 12:17:58 AM |
| annahead2 | MMV2 | K | 8/19/2022 12:18:08 AM |
| MMV2 | annahead2 | You send first | 8/19/2022 12:18:27 AM |
| MMV2 | annahead2 | Hello | 8/19/2022 12:19:27 AM |
| annahead2 | MMV2 | Hold up. It's sending | 8/19/2022 12:19:35 AM |
| MMV2 | annahead2 | Okay | 8/19/2022 12:19:40 AM |
| annahead2 | MMV2 | (Image of an adult female send wearing workout clothes(Sports Bra and Leggings)) | 8/19/2022 12:19:52 AM |
| MMV2 | annahead2 | That is not you | 8/19/2022 12:20:07 AM |
| annahead2 | MMV2 | Yes it is. Send abs and I'll take something off | 8/19/2022 12:20:19 AM |

36

| | | | |
|---|---|---|---|
| MMV2 | annahead2 | I don't want to see anything taken off | 8/19/2022 12:20:39 AM |
| annahead2 | MMV2 | Send shirtless | 8/19/2022 12:20:48 AM |
| MMV2 | annahead2 | I'll send abs | 8/19/2022 12:20:56 AM |
| annahead2 | MMV2 | Please shirtless | 8/19/2022 12:21:04 AM |
| MMV2 | annahead2 | (No message Content to Display) | 8/19/2022 12:21:08 AM |
| MMV2 | annahead2 | No shirtless | 8/19/2022 12:21:16 AM |
| annahead2 | MMV2 | What's below that belly? | 8/19/2022 12:21:23 AM |
| MMV2 | annahead2 | My dick | 8/19/2022 12:21:35 AM |
| annahead2 | MMV2 | Big one? | 8/19/2022 12:21:42 AM |
| annahead2 | MMV2 | Is it out right now? | 8/19/2022 12:21:49 AM |
| MMV2 | annahead2 | I am not answering that an no | 8/19/2022 12:22:03 AM |
| annahead2 | MMV2 | Lemme be the judge | 8/19/2022 12:22:14 AM |
| MMV2 | annahead2 | No | 8/19/2022 12:22:18 AM |
| annahead2 | MMV2 | Scaredy cats. | 8/19/2022 12:22:26 AM |
| annahead2 | MMV2 | I'll send a vid of me fingering | 8/19/2022 12:22:35 AM |
| MMV2 | annahead2 | No it is inappropriate | 8/19/2022 12:22:46 AM |
| annahead2 | MMV2 | No one will know | 8/19/2022 12:22:51 AM |

46.    The third and final account used by POWER was maggiezoomer26.

The following is the conversation that he had with MMV2 using maggiezoomer26:

| | | | |
|---|---|---|---|
| MMV2 | maggiezoomer26 | (No message Content to Display) | 9/15/2022 11:58:08 PM |

| | | | |
|---|---|---|---|
| MMV2 | | (No message Content to Display) | 9/15/2022 11:58:08 PM |
| MMV2 | maggiezoomer26 | (No message Content to Display) | 9/20/2022 7:56:00 PM |
| maggiezoomer26 | MMV2 | Get the app kik and add me. My burner account is allybb17. My snap is really messed up. | 9/24/2022 2:26:28 AM |
| MMV2 | maggiezoomer26 | sorry im in the process of getting a girlfriend | 9/24/2022 4:12:10 AM |
| maggiezoomer26 | MMV2 | Hey | 9/25/2022 7:24:32 PM |
| MMV2 | maggiezoomer26 | Sorry I have been with my new gf recently | 9/25/2022 7:25:08 PM |
| maggiezoomer26 | MMV2 | I'll still send you stuff if you keep secret | 9/25/2022 7:25:25 PM |
| MMV2 | maggiezoomer26 | Ok | 9/25/2022 7:25:32 PM |
| maggiezoomer26 | MMV2 | You horny rn? | 9/25/2022 7:25:41 PM |
| MMV2 | maggiezoomer26 | No | 9/25/2022 7:26:06 PM |
| maggiezoomer26 | MMV2 | Wanna be? | 9/25/2022 7:26:12 PM |
| MMV2 | maggiezoomer26 | No | 9/25/2022 7:26:37 PM |
| maggiezoomer26 | MMV2 | Plz. I'll make you vids.  No | 9/25/2022 7:26:51 PM |

| | | | |
|---|---|---|---|
| | | one will know | |
| MMV2 | maggiezoomer26 | No cause I have a gf | 9/25/2022 7:27:18 PM |
| maggiezoomer26 | MMV2 | Have you fucked her??? | 9/25/2022 7:27:25 PM |
| MMV2 | maggiezoomer26 | No | 9/25/2022 7:27:29 PM |
| maggiezoomer26 | MMV2 | Why not | 9/25/2022 7:27:33 PM |
| MMV2 | maggiezoomer26 | Hell no | 9/25/2022 7:27:34 PM |
| MMV2 | maggiezoomer26 | We are 13 | 9/25/2022 7:27:38 PM |
| maggiezoomer26 | MMV2 | So??? I'll make you hard if you show your bulge | 9/25/2022 7:27:50 PM |
| MMV2 | maggiezoomer26 | I am not bulge and I have a gf | 9/25/2022 7:28:04 PM |
| maggiezoomer26 | MMV2 | No ss or saving. She will never know. Plus I got vids with my brother | 9/25/2022 7:28:20 PM |
| MMV2 | maggiezoomer26 | No | 9/25/2022 7:28:25 PM |
| maggiezoomer26 | MMV2 | Chicken | 9/25/2022 7:28:32 PM |
| MMV2 | maggiezoomer26 | No | 9/25/2022 7:28:51 PM |
| maggiezoomer26 | MMV2 | | 9/25/2022 7:28:57 PM |
| maggiezoomer26 | MMV2 | You're a wimp | 9/25/2022 7:29:01 PM |
| MMV2 | maggiezoomer26 | No I have a gf | 9/25/2022 7:29:26 PM |
| maggiezoomer26 | MMV2 | She literally won't know | 9/25/2022 7:29:46 PM |

| | | | |
|---|---|---|---|
| MMV2 | maggiezoomer26 | No I just got with her so if she finds out it would be over | 9/25/2022 7:30:33 PM |
| maggiezoomer26 | MMV2 | She won't I promise. I want you so bad. Your dick is so big | 9/25/2022 7:30:56 PM |
| MMV2 | maggiezoomer26 | No | 9/25/2022 7:31:00 PM |
| maggiezoomer26 | MMV2 | Plz | 9/25/2022 7:31:10 PM |
| MMV2 | maggiezoomer26 | No | 9/25/2022 7:31:21 PM |
| maggiezoomer26 | MMV2 | :( | 9/25/2022 7:31:31 PM |
| maggiezoomer26 | MMV2 | What about your brother? I won't tell him about us but have him add me. | 9/25/2022 7:31:50 PM |
| MMV2 | maggiezoomer26 | No | 9/25/2022 7:31:59 PM |
| maggiezoomer26 | MMV2 | I'll do anything | 9/25/2022 7:32:09 PM |
| MMV2 | maggiezoomer26 | Then unadd him and leave me alone | 9/25/2022 7:32:28 PM |
| maggiezoomer26 | MMV2 | Tell him to add me | 9/25/2022 7:33:01 PM |
| MMV2 | maggiezoomer26 | No | 9/25/2022 7:33:05 PM |
| MMV2 | maggiezoomer26 | I don't even have a brother | 9/25/2022 7:33:15 PM |
| maggiezoomer26 | MMV2 | You said you did. | 9/25/2022 7:33:23 PM |

| | | | |
|---|---|---|---|
| MMV2 | maggiezoomer26 | No I didn't | 9/25/2022 7:33:29 PM |
| maggiezoomer26 | MMV2 | You were gonna take a regular pic with him when me and brother were making you vids | 9/25/2022 7:33:42 PM |
| MMV2 | maggiezoomer26 | No | 9/25/2022 7:33:58 PM |
| maggiezoomer26 | MMV2 | I have the vids with him if you send once | 9/25/2022 7:34:28 PM |
| MMV2 | maggiezoomer26 | No | 9/25/2022 7:34:47 PM |
| MMV2 | maggiezoomer26 | I don't have one | 9/25/2022 7:34:54 PM |
| maggiezoomer26 | MMV2 | Send you | 9/25/2022 7:35:02 PM |
| MMV2 | maggiezoomer26 | No | 9/25/2022 7:38:01 PM |
| MMV2 | maggiezoomer26 | | 9/25/2022 7:38:06 PM |
| maggiezoomer26 | MMV2 | I'm fingering rn | 9/25/2022 7:47:36 PM |
| MMV2 | maggiezoomer26 | Idc | 9/25/2022 8:29:44 PM |

47.    On May 11, 2023, MMV2 described in paragraphs 43 thru 46 above was interviewed at the HSI Springfield office by Forensic Interview Specialist (FIS) Alexandra Levi. FIS Levi confirmed that MMV2 was born in 2008, making MMV2 fourteen (14) years old when the chats began with POWER. FIS Levi talked to MMV2 about the chats and media exchanged between him and POWER, using the Snapchat accounts. FIS Levi showed MMV2 portions of the

chats and the image that had been sent by the Defendant. There was not anything significant that resulted in the interview of MMV2 related to the Snapchat returns that were obtained. However, it was discovered during a conversation with the parents of MMV2 that both MMV2 and his brother, also a minor, attended church with the Defendant and MMV2's brother received music lessons from the Defendant.

48. Your affiant examined some of the media that was seized during the search warrant of the Defendants residence. Your affiant found Snapchat remnants which showed times when items were sent to specific users. Your affiant was able to query MMV2's name.

49. Your affiant located an exact match for MMV2's first and last name. There were a total of three hundred and sixty-three (363) entries for the MMV2's name related to Snapchat activity. The activities were between September 25, 2022 at 7:25:40 pm UTC and January 14, 2023 at 12:52:06 am UTC. The activity was located on Seized Line Item 13 – iPad Air, silver, Model MGLI2LL/A SN DMPP2MX1G5VJ and Seized Line Item 16 – Silver iPad, Model: A2197, SN GG7CR88BMF3N. There was no content as it appears that the messages had been deleted.

50. In addition to the Snapchat messages, your affiant located forty-nine iMessages between the Defendant and MMV2. The iMessages were from Seized Line Item 1 – Black iPhone which was seized directly from the Defendants person. The conversation between the Defendant and MMV2 were sent between the Defendant person cell phone and the MMV2's cell phone. Most of the

42

conversation was sports related. Based on the conversation if appears that both parties know each other.

51.    Your affiant searched the seized devices for correspondence between the Defendant and the MMV2's family (Father, Mother, and Brother). There was correspondence between all the family members and the Defendant, showing that he is familiar with the family and their minor children. During one of the conversations between the Defendant and the mother, the mother states that she won't be at church because of one of MMV2's soccer games.

52.    Your affiant then reviewed the search warrant returns from the Snapchat accounts being used by the Defendant. Specifically, your affiant obtained the Snapchat User ID's associated with the Snapchat user names being used by the Defendant to talk with MMV2. The following are the Snapchat User ID's:

| User Name | User ID |
|---|---|
| annaclairemay22 | 81de648e-3c6a-4853-ac02-09705d855fab |
| annahead2 | 10d22558-85d7-40aa-8e11-efcacc18e72e |
| maggiezoomer26 | 41bec55a-0601-472c-8bd0-8edc38c92a32 |

53.    Your affiant searched the seized devices for any reference to the Snapchat User ID 41bec55a-0601-472c-8bd0-8edc38c92a32, which is associated with Snapchat User Name "maggiezooner26". Your affiant located one artifact from Snapchat Memories located on Seized Line Item 13 – iPad Air, silver, Model MGLI2LL/A SN DMPP2MX1G5VJ.

54.    While your affiant was reviewing the seven hundred and sixty-three images that are associated with the Snapchat User ID 88185f42-4812-458c-aaf7-3f700787e934, which is associated with "lauren.harr23", your affiant identified four images that were associated with "lauren.harr23" and the MMV2 on Seized Line Item 16. The first image, with the file name "82e3af3b2acf1d5afab79f050f658f4c", was an image of MMV2 wearing a hoody with the letter of the town he is from and the word "Soccer" across the bottom. MMV2 has his erect penis in his right hand. The image has a creation date of January 8, 2023 at 8:10:49 pm UTC. The second image, with the file name "b608cecc657d868f241ab2c6cd9a99ef", was an image of MMV2 wearing a hoody with the letter of the town he is from and the word "Soccer" across the bottom. The image has a creation date of January 8, 2023, at 6:32:43 pm UTC. The third image, with the file name "33fb03bc3931fc7cb11440cac98d62e7", was an image of MMV2 wearing a hoody with the letter of the town he is from and the word "Soccer" across the bottom. MMV2 has his erect penis in his right hand. The image has a creation date of January 8, 2023 at 6:48:53 pm UTC.   The forth image, with the file name "0fde7366c910f2b0342b9f89eba64595", was an image of MMV2 wearing a hoody with the letter of the town he is from and the word "Soccer" across the bottom.  MMV2 has his erect penis in his right hand.  The image has a creation date of January 8, 2023 at 6:39:46 pm UTC.

55.    Also while reviewing the sixty-nine videos that are associated with the Snapchat User ID 88185f42-4812-458c-aaf7-3f700787e934, which is associated with "lauren.harr23". Your affiant identified three videos that were

associated with "lauren.harr23" and the MMV2 also located on Seized Line Item 16. The first video, with the file name "d7124c6052f723d46a65daaec629e235", was a video of MMV2 standing in a room with a drop ceiling, wearing a hoody with the letter of the town he is from and the word "Soccer" across the bottom. MMV2 has his erect penis in his right hand and he masturbates until he ejaculates. The video is eighteen (18) seconds in length. The video has a creation date of January 8, 2023 at 6:48:53 pm UTC. The second video, with the file name "6a81a31b18980854d073c57faeba9931", was a video of MMV2 standing in a room with a drop ceiling, wearing a hoody with the letter of the town he is from and the word "Soccer" across the bottom. MMV2 is also wearing grey sweatpants. The video begins with MMv2 fully clothed and lowers his pants and begins to masturbate. He stops to remove the rest of his clothing and continues to masturbate. The video is thirty-five (35) seconds in length. The video has a creation date of January 8, 2023 at 6:32:43 pm UTC. The third video, with the file name "0e611538d4bd6bc981457e0e3e26d931", was a video of MMV2 standing in a room with a drop ceiling, wearing a hoody with the letter of the town he is from and the word "Soccer" across the bottom. MMV2 is also wearing grey sweatpants. When the video starts MMV2 has his erect penis in his right hand, and he is masturbating. MMV2 ejaculates on his hand and a chair in front of him. He then licks the semen off his hand and the seat of the chair. The video is forty (40) seconds in length. The video has a creation date of January 8, 2023 at 8:10:49 pm UTC.

56.    Your affiant reviewed the IP traffic information from the search warrant material.  Your affiant was able to confirm that all the user accounts identified in the CyberTips had been accessed from the IP address linked to the suspects residence: allylong23, allylong2006, allylong2306, annahead2, annaclairemay22, belladances24, jaceeweiss2, lauren.harr23, maggz026, maddiespringer3, maggiezoomer26,    mollyturner_16, maggie.odell26, and singlesisters22.  Based on the search warrant return material, access of those accounts from the residence was done between June 7, 2022 and January 16, 2023.

57.    Your    affiant    reviewed    the    usernames    that    POWER    had communicated with through the Snapchat accounts that have been recovered through warrants available at the time of the writing of this affidavit.  There were over five hundred (500) accounts that POWER had attempted to communicate with using the thirteen accounts that Officer Hopps had obtained information on through State search warrants.  As of the date of this affidavit there have been twenty minors interviewed related to activities that occurred between the minors and POWER through either Snapchat or other chat platforms.  All confirmed their accounts or phone numbers used in the chat and confirmed images that were shown to them as being images of the minor being questioned.

## CONCLUSION

58.    Based on the above facts and circumstances, your affiant believes that between July of 2022 and January of 2023, Adam L. POWER knowingly posed as a minor female by creating multiple online accounts and used images

of individuals believed to be minor females, to get minor males, knowing those males to be under 18 years of age, to produce images and videos that are child pornography as defined by Section 2256 of Title 18, United States Code, as any visual depiction of sexually explicit conduct involving a minor (someone under 18 years of age), and to then send those images to Power.

### REQUEST FOR SEALING

59.    I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

s/ Michael F. Mitchell

Michael F. Mitchell
Special Agent
Homeland Security Investigations

Subscribed and sworn to by telephone and other reliable electronic means pursuant to Fed. R. Crim. Pro. 4.1 on the 30th day of June 2023.

s/ Karen L. McNaught

Honorable Karen L. McNaught
United States Magistrate Judge

47